UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOY BURGESS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BLUEGREEN VACATIONS UNLIMITED, INC., BLUEGREEN CORPORATION, VACATION TRUST, INC., and BLUEGREEN VACATION CLUB, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

No. 3:18-cv-00119-HSM-DCP

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants stipulate and agree to dismiss this civil action with prejudice to the re-filing of same.

Respectfully submitted,

s/ Aubrey Givens w/permission R. Brandon Bundren
Aubrey Givens, BPR #21491
Kristin Fecteau Mosher, BPR #19772
AUBREY GIVENS & ASSOCIATES, PLLC
231 W. Old Hickory Blvd.
Suite B, Second Floor
Madison, TN 37115
615-248-8600
contactus@givenslawfirm.com
kristin@fecteaulaw.com

*Attorneys for Plaintiffs*

s/ R. Brandon Bundren
George H. Cate, III, BPR #12595
R. Brandon Bundren, BPR #30985
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
615-252-2347
gcate@bradley.com
bbundren@bradley.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on February 21, 2020, I electronically filed a true and correct copy of the foregoing with the Clerk of Court for the U.S. District Court, Eastern District of Tennessee, through the Court's Electronic Case Filing system, which will automatically send notice of filing to all counsel of record as follows:

Aubrey Givens, Esq.
Kristin Fecteau Mosher, Esq.
Aubrey Givens & Associates, PLLC
contactus@givenslawfirm.com
kristin@fecteaulaw.com

*Attorney for Plaintiffs*

s/ R. Brandon Bundren
R. Brandon Bundren